# JOHN STEINKAMP
## & ASSOCIATES

A Professional Corporation
www.johnsteinkampandassociates.com

December 4, 2024

Firstsource Advantage, LLC
205 Bryant Woods S
Amherst, NY 14228

RE:   Client's Name: Myeshia Higgins
      Address: ▓▓▓▓▓▓▓▓▓▓▓▓
      SSN: ▓▓▓▓1446
      Phone #: ▓▓▓▓▓▓

Dear Sir or Madam:

My client has asked me to send a letter to you in yet another attempt to direct you stop contacting my client.

This letter is being sent to you as a result of your office's continued attempts to contact my client in an illegal manner.

Again, my client has directed me to instruct you to forward any and all communications to my office. Please do not contact my client directly. Please do not contact my client via email, text message, phone call, letter, or any type of media. Your attempts at contacting my client have disrupted my client's day. My client now wants all communications to cease and my client wants you to contact only my office about the debt at issue in this matter.

Please do not contact my client's place of employment, friends, family members via text messages, phone calls, emails, letters, or any other type of media.

In the event that legal representation for the above-referenced client is terminated, then this office will advise you of such a change in circumstances.

If you have any questions, please feel free to contact this office. Thank you for your time and attention.

Sincerely,

John T. Steinkamp
Attorney at Law

CC: Myeshia Higgins



EXHIBIT 4

5214 S. East Street, (U.S. 31 South) Suite D1, Indianapolis, Indiana 46227
Telephone: 317-780-8300     Facsimile: 317-217-1320
A debt relief agency helping people file bankruptcy under the U.S. Bankruptcy Code

**JOHN STEINKAMP**
& ASSOCIATES
A Professional Corporation
5214 S. East Street, Suite D1
Indianapolis, IN 46227

FirstSource Advantage, LLC
205 Bryant Woods South
Amherst NY 14228



quadient
FIRST-CLASS MAIL
IMI
$000.69
12/04/2024 ZIP 46227
043M30251921
US POSTAGE